Dismissed; Opinion issued November 6, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00426-CV

## ALFONSO MCCOY JR., AND ALL OTHER OCCUPANTS OF 6919 CEDAR KNOLL DRIVE, DALLAS, TEXAS 75234, Appellants

V.

## FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-00444-C

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Myers

On March 22, 2012, appellants filed a notice of appeal in this case. On September 28, 2012, appellee filed a motion to dismiss appeal as moot. On October 9, 2012, we ordered appellants to respond to the motion to dismiss within ten days. Appellants have not responded or otherwise communicated with this Court regarding their appeal.

Accordingly, we **GRANT** appellee's September 28, 2012 motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 38.8(a)(1).

PER CURIAM

120426F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ALFONSO MCCOY JR. AND ALL
OTHER OCCUPANTS OF 6919 CEDAR
KNOLL DRIVE, DALLAS, TEXAS 75234,
Appellants

No. 05-12-00426-CV      V.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, Appellee

Appeal from the County Court at Law No. 3
of Dallas County, Texas. (Tr.Ct.No. CC-12-
00444-C).
Opinion delivered per curiam before Justices
Moseley, Fillmore, and Myers.

      Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellee is ordered to recover its costs of appeal from appellants.

Judgment entered November 6, 2012.

_____
ROBERT M. FILLMORE
JUSTICE